UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

October 13, 2010
DATE OF PROCEEDINGS

**TRENTON OFFICE**

**JUDGE** Peter G. Sheridan, USDJ

**COURT REPORTER:** Frank Gable

Other(s) _____
Danita Hayer

**Docket #** Civ. 07- 251 (PGS )

vs.
University of Medicine and Dentistry of New Jersey

**APPEARANCE:**
Stephen E. Klausner, Esq., for Plaintiff

Pamela Mosley Gresham and Ryan Atkinson, Esqs., for Defendant

**NATURE OF PROCEEDINGS:**
No Appearance
In Chambers telephone status conference

Adjourned to: _____    Time commenced: 11:00 a.m.    Time Adjourned: 11:30 a.m.

Dolores Hicks
DEPUTY CLERK

**cc: Chambers**